UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JILL DOE,

                    Plaintiff,      **ORDER CLOSING THE CASE**

    -against-

                                   19 Civ. 3430 (AKH)

THE WEINSTEIN COMPANY HOLDINGS,
LLC, et al.,

                  Defendants.
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff was ordered and failed to show cause, by written submission filed no later than October 13, 2022, why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).  This case is dismissed.  The Clerk shall mark the case closed.

      SO ORDERED.

Dated:    October 16, 2022
             New York, New York                                _____
                                                                    ALVIN K. HELLERSTEIN
                                                                    United States District Judge

1